Fill in this information to identify the case:

Debtor name: **Bolder Enterprises, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **18-13666 EEB**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4600 Joliet Management, LLC  20155 NE 38 Court Suite 201  Miami, FL 33180 | | Landlord - Rent | | | | $39,539.10 |
| Blair Labeling  3701 Paris St.  Denver, CO 80239 | | Vendor | | | | $36,280.77 |
| CDR Foods  26355 New Lancaster Rd.  Louisburg, KS 66053 | | Services | | | | $57,780.00 |
| Chase  P.O. Box 78039  Phoenix, AZ 85062-8039 | | Credit Card | | | | $17,596.92 |
| Eastern Quality Foods  13854 Collections Center Drive  Chicago, IL 60693 | | Shredding Services | | | | $412,222.05 |
| EMA Foods Co., LLC  Dept. R 10  P.O. Box 830525  Birmingham, AL 35283-0525 | | Vendor | | | | $29,320.00 |
| Fleet Trailer, LLC  207 W. Main St., Suite 5  Lewistown, MT 59457 | | Trailer Rental | | | | $31,052.47 |
| Harvest Meat Company  16304 E. 32nd Ave., Unit 35  Aurora, CO 80011 | | Vendor | | | | $199,784.30 |

Debtor **Bolder Enterprises, LLC**
Name

Case number *(if known)* **18-13666 EEB**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Multivac, Inc.<br>Attn: Dan Michalek, Credit Mgr.<br>11021 N. Pomona Ave.<br>Kansas City, MO 64153 | | Equipment parts and film | | | | $21,539.85 |
| North South Foods<br>3373 Sterling Ridge Ct.<br>Longwood, FL 32779 | | Vendor | | | | $855,347.99 |
| Pinnacol Assurance<br>P.O. Box 561434<br>Denver, CO 80256-1434 | | Workman's compensation insurance | | | | $59,208.75 |
| R&R Specialties<br>5754 E. 122nd Place<br>Brighton, CO 80602 | | Services | | | | $24,155.58 |
| Rose Holding, LLC<br>Rose Holdings, Inc.<br>P.O. Box 848244<br>Los Angeles, CA 90084-8244 | | Delivery services | | | | $27,128.61 |
| Ryder Truck Rental, Inc.<br>dba Ryder Transportation Services<br>Attn: Peter T. Wenzel<br>6000 Windward Parkway<br>Alpharetta, GA 30005 | | Truck rental | | | | $19,427.92 |
| Seeger's Transportation Broker<br>80 Coldsprings Rd.<br>Oregonia, OH 45054 | | Vendor | | | | $72,545.40 |
| Simply Essentials<br>1075 North Avenue<br>Sanger, CA 93657 | | Vendor | | | | $104,000.00 |
| Team Packaging<br>4675 Holly Street<br>Denver, CO 80216 | | Vendor | | | | $212,738.85 |
| Tom Rugger<br>13854 Collections Center Drive<br>Chicago, IL 60693 | | Shredding services | | | | $100,000.00 |

| Debtor | **Bolder Enterprises, LLC** | | Case number *(if known)* | **18-13666 EEB** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wells Fargo Business Custom Capital**<br>**Payment Remittance Center**<br>**P.O. Box 51174**<br>**Los Angeles, CA 90051-5474** | | **Credit Card** | | | | $15,879.92 |
| **Xcel Energy**<br>**P.O. Box 9477**<br>**Minneapolis, MN 55484-9477** | | **Utilities** | | | | $32,130.70 |

| | | |
|---|---|---|
| Official form 204 | Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims | page 3 |
| Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |