**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BOLDER ENTERPRISES, LLC | ) Case No. 18-13666-EEB |
| | ) |
| Debtors. | ) Chapter 11 |
| | ) |

**MOTION TO PROHIBIT USE OF CASH COLLATERAL TO REQUIRE COMPLIANCE WITH 11 U.S.C. §363, AND FOR AN ACCOUNTING, AND NOTICE OF NON-CONSENT TO SALE, USE, OR LEASE OF COLLATERAL**

The Eastern Colorado Bank (the "Bank"), by and through its counsel John O'Brien, Eric L. Johnson and Spencer Fane LLP, hereby moves the Court for an Order prohibiting the Debtor's use of cash collateral, requiring compliance with 11 U.S.C. §363, and for an accounting, and gives notice of its non-consent to sale, use, or lease of collateral as follows:

1. As of the date of the bankruptcy petition, the Debtor owes the Bank approximately $3,662,440.09 secured by, among other things, the Debtor's inventory, accounts, general intangibles and equipment.

2. Some of the Bank's Collateral consists of inventory which the Debtor is currently offering for sale and accounts which the Debtor is collecting from the sale of inventory.

3. The Bank has on numerous occasions stated to the Debtor that the Bank does not consent to the use of cash collateral.

4. The Debtor asserts that the Bank is undersecured.

5. Pursuant to 11 U.S.C. §363 the Bank hereby gives notice that it does not consent to the sale, use, or lease of the Bank's cash collateral.

6. 11 U.S.C. §363(e) provides that, at any time upon request of an interested party, with or without a hearing, the Court may prohibit or condition the use of cash collateral to ensure adequate protection of the secured creditor's interest.

7. Under 11 U.S.C. §363(o) the Debtor has the burden of proof on adequate protection, which burden the Debtor has not discharged.

8. Without a showing of adequate protection, it is inequitable and in contravention of the Bankruptcy Code for the Debtor to use the Bank's cash collateral.

9. Under 11 U.S.C. §363(c)(4) the Bank is entitled to the Debtor's segregation and accounting of any cash collateral.

WHEREFORE, the Bank requests an Order of the Court entered with or without a hearing stating the following:

(a) Prohibiting the Debtor's use of any of the Bank's cash collateral;

(b) Requiring the Debtor to comply with 11 U.S.C. §363 and to segregate all of the Bank's cash collateral;

(c) Requiring the Debtor to provide the Bank with a daily accounting by facsimile or email sufficient to identify the source and amounts of all cash collateral;

(d) Requiring the Debtor to provide the Bank with an accounting of the use of any cash collateral;

(e) Prohibiting the Debtor from selling any inventory except in the ordinary course of business and only if the Debtor complies with the Court's order with respect to the Bank's cash collateral.

(f) Requiring the Debtor to separately account for any cash collateral and prohibiting the Debtor from disbursing or utilizing cash collateral without the permission of the Bank or the express Order of this Court; and

(g) Providing such other relief as the Court deems equitable and just.

DATED this 10th day of May, 2018.

        Respectfully submitted,

        SPENCER FANE LLP

        /s/ John O'Brien
        John O'Brien  #15183
        Spencer Fane LLP
        1700 Lincoln Street, Suite 2000
        Denver, Colorado 80203
        Phone: (303) 839-3800
        Fax: (303) 839-3838
        Email:  jobrien@spencerfane.com

        And

        Eric L. Johnson KS#20542
        Spencer Fane LLP
        1000 Walnut St., Suite 1400
        Kansas City, MO 64106
        Phone: (816) 292-8267
        Fax: (816) 474-3216
        Email: ejohnson@spencerfane.com

        Attorneys for the Eastern Colorado Bank

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing **MOTION TO PROHIBIT USE OF CASH COLLATERAL TO REQUIRE COMPLIANCE WITH 11 U.S.C. §363, AND FOR AN ACCOUNTING, AND NOTICE OF NON-CONSENT TO SALE, USE, OR LEASE OF COLLATERAL** was filed with the ECF system, which served notification on all parties registered with the ECF system on this 10th day of May, 2018 and to the following by first class, postage prepaid U.S. Mail:

Bolder Enterprises, LLC
P.O. Box 390336
Denver, CO 80239

Kenneth J. Buechler
Buechler & Garber, LLC
999 18th St.
Ste., 1230 S
Denver, CO 80202

Jeffrey Weinman
730 17th St.
Ste. 240
Denver, CO 80202

U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294

Robert Samuel Boughner
U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294

*/s/John O'Brien*
John O'Brien