# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BOLDER ENTERPRISES, LLC | ) Case No. 18-13666-EEB |
| | ) |
| Debtors. | ) Chapter 11 |
| | ) |

## NOTICE OF POSTPONEMENT OF 2004 EXAMINATION

PLEASE TAKE NOTICE that the 2004 Examination of Bolder Enterprises, LLC authorized by the Court on May 31, 2018, and tentatively scheduled for June 19, 2018, is hereby postponed in light of the commencement of Adversary Proceeding No. 18-01173.

DATED this 18th day of June, 2018.

    Respectfully submitted,

    SPENCER FANE LLP

    /s/ Eric L. Johnson
    John O'Brien  #15183
    Spencer Fane LLP
    1700 Lincoln Street, Suite 2000
    Denver, Colorado 80203
    Phone: (303) 839-3800
    Fax: (303) 839-3838
    Email:  jobrien@spencerfane.com

    And

    Eric L. Johnson KS#20542
    Spencer Fane LLP
    1000 Walnut St., Suite 1400
    Kansas City, MO 64106
    Phone: (816) 292-8267
    Fax: (816) 474-3216
    Email: ejohnson@spencerfane.com

    Attorneys for the Eastern Colorado Bank

DN 3112131.1

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing **NOTICE OF POSTPONEMENT OF 2004 EXAMINATION** was filed with the ECF system, which served notification on all parties registered with the ECF system on this 18th day of June, 2018 and sent by electronic mail to the following parties:

| | |
|---|---|
| Jeffrey Weinman<br>730 17th St.<br>Ste. 240<br>Denver, CO  80202 | Kenneth J. Buechler<br>Buechler & Garber, LLC<br>999 18th St.<br>Ste., 1230 S<br>Denver, CO  80202 |
| Robert Samuel Boughner<br>U.S. Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO  80294 | |

                */s/Eric L. Johnson*
                Eric L. Johnson