

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Colorado

In re Bolder Enterprises, LLC _____ ;  Case No. 18-13666-EEB

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

RE Leasing of COL, LLC (REL)  
Name of Transferee

Name and Address where notices to transferee should be sent:
20155 NE 38 Court, Suite 201, Aventura, FL 33180

Phone: 305-439-4944
Last Four Digits of Acct #: 5199

Name and Address where transferee payments should be sent (if different from above):
20155 NE 38 Court, Suite 201, Aventura, FL 33180

Phone: 305-439-4944
Last Four Digits of Acct #: 5199

Colorado Department of Revenue (CDOR)  
Name of Transferor

Court Claim # (if known): 12-3 *
Amount of Claim: $103,920.00
Date Claim Filed: 01/08/2019

Phone: 303.866.3711
Last Four Digits of Acct. #: 2410

*Colorado Department of Revenue transfers its lien claim pursuant to the Stipulation approved by the Bankruptcy Court on March 11, 2020. CDOR does not warrant the enforceability of the claim by a non-governmental entity; does not warrant that there is a legal basis for assigning CDOR's lien; and does not make any representations as to the effect of Debtor's bankruptcy on the enforceability of CDOR's Lien. REL agrees that it will not and may not assert a first priority lien against any property of any kind except the property listed on Exhibit A to the Stipulation approved on March 11, 2019.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____  Date: 4/8/2020
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Fill in this information to identify the case:

Debtor 1: BOLDER ENTERPRISES LLC
Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Colorado Bankruptcy Court (Denver) District of Colorado

Case number: 1813666EEB

## Official Form 410
## Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; the may be destroyed after scanning, if the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152,157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That data is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Colorado Department of Revenue
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notice to the creditor be sent?
Colorado Department of Revenue
1375 Sherman St, Rm 504
Denver CO 80261-0004

Where should payments to the creditor be sent? (if different)

Telephone number: 303-866-3711    email:
dor_tac_bankruptcy@state.co.us

Telephone number:
email:

**4. Does this claim amend one already filed?**
☐ No
☒ Yes. Claim number on court claims registry (if known) _____ 12-2    Filed on: 25-Jun-2018

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

*Penalty for presenting fraudulent claim:*    Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 and 3571.

Filed Jan 08, 2019

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: | 2410 |
| 7. How much is the claim? | $103,920.00 | Does this amount include interest or other charges?<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A) |
| 8. What is the basis of the claim | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>The grounds of liability is tax due under Colorado Statutes as Revised | |
| 9. Is all or part of the claim secured? | ☑ No<br>☐ The claim is secured by a lien on property.<br><br>Nature of property:<br>☐ **Real Estate**  If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.<br><br>☐ **Motor Vehicle**<br><br>☐ **Other. Describe** _____<br><br>**Basis for perfection:**<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, line, certificate of tile, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of Property:** _____<br>**Amount of the claim that is secured:** $103,920.00<br>**Amount of the claim that is unsecured:** $0.00       (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $0.00<br><br>**Annual Interest Rate (when case was filed)** _____ %<br>☐ Fixed<br>☐ Variable | |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes, Amount necessary to cure any default as of the date of the petition: $0.00 | |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes, Identify the property: _____ | |

*Penalty for presenting fraudulent claim:*   Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 and 3571.

Filed Jan 08, 2019

| | | Amount entitled to priority: |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority | ☐ No<br>☑ Yes, Check all that apply<br>Nature of property:<br>☐ Domestic support obligations(including alimony and child support) under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). | $0.00 |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. §507 (a)(7). | $0.00 |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. §507 (a)(4). | $0.00 |
| | ☑ Taxes or penalties owed to governmental units.11 U.S.C. §507 (a)(8). | $0.00 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. §507 (a)(5). | $0.00 |
| | ☐ Other. Specify applicable paragraph of 11 U.S.C. §507 (a)([#|#]) that applies. | $0.00 |

*Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

**Part 3: Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152,157, and 3571.

Check the appropriate box.
☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in the Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Donald Olivett                                     08-Jan-2019
_____
(Signature)                                           (Date)

**Print the name of the person who is completing and signing this claim**

Name:      Donald Olivett
Title:     Tax Compliance Agent
Company:   Colorado Department of Revenue
Address and telephone number (if different from notice address above):
_____
_____

Telephone number:                    email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 and 3571.

Filed Jan 08, 2019

**COLORADO**
**Department of Revenue**

Jan 08, 2019

BOLDER ENTERPRISES LLC
4600 JOLIET ST
DENVER CO 80239-2922

**Account:** 27851688
**Letter:** L1828151392
**Source:** TPC

UNITED STATES BANKRUPTCY COURT
FOR THE
Colorado Bankruptcy Court (Denver)

**Case #:** 1813666EEB
**Chapter #:** Chapter 7
**Filing Date:** 04/30/2018

IN THE MATTER OF: BOLDER ENTERPRISES LLC

30-0852410

1. The undersigned, whose business address is 1375 Sherman Street, Denver, Colorado 80261, is an agent of the Department of Revenue, Tax Audit & Compliance Division, and is authorized to make this proof of claim on behalf of the State of Colorado, Department of Revenue.
2. The debtor is indebted to the State of Colorado in the amount of $103,920.00, as stated below, as of the petition date.
3. The grounds of liability is tax due under Colorado Statutes as Revised.

| ID | Tax Type | Filing | Assessed | Tax Amount | Penalty | Interest | Period Status | Comment |
|---|---|---|---|---|---|---|---|---|
| 30-0852410 | WTH | 01/31/2015 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 02/28/2015 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 03/31/2015 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 05/31/2015 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 06/30/2015 | 8/5/2015 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 07/31/2015 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 08/31/2015 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 09/30/2015 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 10/31/2015 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 11/30/2015 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 12/31/2015 | 5/30/2018 | $8,295.00 | $995.00 | $1,291.00 | Secured Claim | |
| 30-0852410 | WTH | 01/31/2016 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 02/29/2016 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 03/31/2016 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 04/30/2016 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 05/31/2016 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 06/30/2016 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |

PLEASE SEND PAYMENT OR CORRESPONDENCE TO:
Colorado Department of Revenue
1375 Sherman Street, Room 504
Attention: Bankruptcy Unit
Denver, Colorado 80261 Phone (303)866-3711

Penalty for presenting fraudulent claim
Fine of not more than $500,000 or imprisonment for not more than 5
Years or both, Title 18 USC 152 and 3571

**COLORADO**
**Department of Revenue**

Jan 08, 2019

BOLDER ENTERPRISES LLC
4600 JOLIET ST
DENVER CO  80239-2922

**Account:** 27851688
**Letter:** L1828151392
**Source:** TPC

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 30-0852410 | WTH | 07/31/2016 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 08/31/2016 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 10/31/2016 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 11/30/2016 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 01/31/2017 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 02/28/2017 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 03/31/2017 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 04/30/2017 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 05/31/2017 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 06/30/2017 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 07/31/2017 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 08/31/2017 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 09/30/2017 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 10/31/2017 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 11/30/2017 | 12/31/9999 | $0.00 | $0.00 | $0.00 | General Unsecured Claim | |
| 30-0852410 | WTH | 12/31/2017 | 5/30/2018 | $63,855.00 | $4,470.00 | $1,592.00 | Secured Claim | |
| 30-0852410 | WTH | 01/31/2018 | 6/11/2018 | $5,000.00 | $325.00 | $96.00 | Secured Claim | |
| 30-0852410 | WTH | 02/28/2018 | 6/11/2018 | $5,000.00 | $300.00 | $69.00 | Secured Claim | |
| 30-0852410 | WTH | 03/31/2018 | 6/11/2018 | $5,000.00 | $275.00 | $38.00 | Secured Claim | |
| 30-0852410 | WTH | 04/30/2018 | 6/11/2018 | $5,000.00 | $25.00 | $26.00 | Secured Claim | |
| 30-0852410 | WTH | 05/31/2018 | 12/6/2018 | $176.00 | $1.00 | $1.00 | Secured Claim | |
| 30-0852410 | WTH | 06/30/2018 | 12/6/2018 | $411.00 | $2.00 | $1.00 | Secured Claim | |
| 30-0852410 | SLS | 06/30/2018 | 7/5/2018 | $0.00 | $0.00 | $0.00 | Post-Petition | |
| 30-0852410 | WTH | 07/31/2018 | 12/6/2018 | $274.00 | $1.00 | $1.00 | Secured Claim | |
| 30-0852410 | WTH | 08/31/2018 | 12/6/2018 | $274.00 | $1.00 | $1.00 | Secured Claim | |
| 30-0852410 | WTH | 09/30/2018 | 12/6/2018 | $274.00 | $42.00 | $1.00 | Secured Claim | |
| 30-0852410 | SLS | 09/30/2018 | 12/7/2018 | $800.00 | $4.00 | $3.00 | Secured Claim | |
| 30-0852410 | WTH | 10/31/2018 | | - | - | - | Secured Unassessed | UNASSESSED |
| 30-0852410 | WTH | 11/30/2018 | | - | - | - | Secured Unassessed | UNASSESSED |
| 30-0852410 | WTH | 12/31/2018 | | - | - | - | Secured Unassessed | UNASSESSED |
| 30-0852410 | SLS | 12/31/2018 | | - | - | - | Secured Unassessed | UNASSESSED |

PLEASE SEND PAYMENT OR CORRESPONDENCE TO:

Colorado Department of Revenue
1375 Sherman Street, Room 504
Attention: Bankruptcy Unit
Denver, Colorado 80261 Phone (303)866-3711

Penalty for presenting fraudulent claim
Fine of not more than $500,000 or imprisonment for not more than 5
Years or both, Title 18 USC 152 and 3571

**COLORADO
Department of Revenue**

Jan 08, 2019

BOLDER ENTERPRISES LLC
4600 JOLIET ST
DENVER CO  80239-2922

**Account:** 27851688
**Letter:** L1828151392
**Source:** TPC

Total Secured: **$103,920.00**   Total Priority: **$0.00**   Total General: **$0.00**   Total Claim: **$103,920.00**

PLEASE SEND PAYMENT OR CORRESPONDENCE TO:
Colorado Department of Revenue
1375 Sherman Street, Room 504
Attention: Bankruptcy Unit
Denver, Colorado 80261 Phone (303)866-3711

Penalty for presenting fraudulent claim

Fine of not more than $500,000 or imprisonment for not more than 5
Years or both, Title 18 USC 152 and 3571