```
                              United States Bankruptcy Court
                                    District of Colorado

In re:                                                              Case No. 18-13666-EEB
Bolder Enterprises, LLC                                             Chapter 7
       Debtor                      CERTIFICATE OF NOTICE

District/off: 1082-1          User: admin                 Page 1 of 3           Date Rcvd: Apr 28, 2020
                              Form ID: pdf904             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
db             #+Bolder Enterprises, LLC,    P.O. Box 390336,    Denver, CO 80239-1336
aty             +Buechler & Garber, LLC,    999 18th Street,    Suite 1230 S,    Denver, CO 80202-2414
aty             +Freeborn & Peters LLP,    311 South Wacker Drive,    Suite 3000,    Chicago, IL 60606-6679
aty              Weinman & Associates, P.C.,    730 17th St Ste 240,    Denver, CO  80202-3506
intp            +Coleton Henning,    26355 New Lancaster Rd.,    Louisburg, KS 66053-8248
app             +Dickensheet & Associate, Inc.,    1501 W. Wesley Ave.,    Denver, CO 80223-4238
intp            +Lynne Ann Giblin,    161 N. 5th Ave.,    Brighton, CO 80601-1710
cr              +Native Gardens Food LLC,    Brown Dunning Walker PC,    2000 S. Colorado Blvd,    Tower 2 Ste 700,
                  Denver, CO 80222-7930
sp              +Peter Lemire,    Leyendecker & Lemire, LLC.,    5460 S. Quebec St.,    #330,
                  Greenwood Village, CO 80111-1927
17984571        +4600 Joliet Management, LLC,    20155 NE 38 Court,    Suite 201,    Miami, FL 33180-3163
17984583        +CDR Foods,    26355 New Lancaster Rd.,    Louisburg, KS 66053-8248
17984602         EMA Foods Co., LLC,    Dept. R 10,    P.O. Box 830525,    Birmingham, AL 35283-0525
17984613        +Harvest Meat Company,    16304 E. 32nd Ave., Unit 35,    Aurora, CO 80011-1566
17984624        +North South Foods,    3373 Sterling Ridge Ct.,    Longwood, FL 32779-3183
17984627         Pinnacol Assurance,    P.O. Box 561434,    Denver, CO 80256-1434
17984631        +R&R Specialties,    5754 E. 122nd Place,    Brighton, CO 80602-8082
17984637        +Seeger's,    80 Cold Springs Rd.,    Oregonia, OH 45054-9700
17984638        +Simply Essentials,    1075 North Avenue,    Sanger, CA 93657-3539
17984641        +Team Packaging,    4675 Holly Street,    Denver, CO 80216-6425
17984643        +Tom Rugger,    13854 Collections Center Drive,    Chicago, IL 60693-0001
17984652         Wells Fargo Business Custom Capital,    Payment Remittance Center,    P.O. Box 51174,
                  Los Angeles, CA 90051-5474
17984654         Xcel Energy,    P.O. Box 9477,    Minneapolis, MN 55484-9477

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: Bankruptcy@denvergov.org Apr 29 2020 01:32:39     City and County of Denver,
                  City and County of Denver,    201 W. Colfax Avenue,   Dept. 1207,    Denver, CO 80202-5332
cr              +E-mail/PDF: dor_tac_bankruptcy@state.co.us Apr 29 2020 01:40:30
                  Colorado Department Of Revenue,    1375 Sherman St.,   Room 504,    Attention Bankruptcy Unit,
                  Denver, CO 80261-3000
17984580         E-mail/Text: Luly@blairlabeling.com Apr 29 2020 01:32:41     Blair Labeling,    3701 Paris St.,
                  Denver, CO 80239
17984599        +E-mail/Text: payments@easternqualityfoods.com Apr 29 2020 01:33:06     Eastern Quality Foods,
                  13854 Collections Center Drive,    Chicago, IL 60693-0001
17984585         E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 29 2020 01:29:13     Chase,
                  P.O. Box 78039,    Phoenix, AZ 85062-8039
17984623        +E-mail/Text: DAN.MICHALEK@MULTIVAC.COM Apr 29 2020 01:33:35     Multivac, Inc.,
                  Attn   Dan Michalek, Credit Mgr.,    11021 N. Pomona Ave.,    Kansas City, MO 64153-1146
17984635        +E-mail/Text: jennifer_morris@ryder.com Apr 29 2020 01:32:54     Ryder Truck Rental, Inc.,
                  dba Ryder Transportation Services,    Attn   Peter T. Wenzel,    6000 Windward Parkway,
                  Alpharetta, GA 30005-4181
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +Weinman & Associates, P.C.,    730 17th St., Ste. 240,    Denver, CO 80202-3506
auc*            +Dickensheet & Associate, Inc.,    1501 W. Wesley Ave.,    Denver, CO 80223-4238
17984607       ##+Fleet Trailer, LLC,    207 W. Main St., Suite 5,    Lewistown, MT 59457-2718
17984634       ##+Rose Holding, Inc,    Shepherd Enterprises,    PO BOX 8,    Brighton, CO 80601-0008
                                                                                    TOTALS: 0, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 1082-1                  User: admin                    Page 2 of 3                    Date Rcvd: Apr 28, 2020
                                      Form ID: pdf904                Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2020 at the address(es) listed below:
              Adam L. Hirsch    on behalf of Creditor   Leaf Capital Funding, LLC adam.hirsch@kutakrock.com,
               kandis.welch@kutakrock.com
              Burkeley N. Riggs    on behalf of Creditor   Steve Stock and Associates, Inc. burke@burkeriggs.com
              Daniel L. Bray    on behalf of Creditor   Multivac, Inc. daniel.bray@huschblackwell.com,
               ann.stolfa@huschblackwell.com;LegalSupportTeam-Litigation-DEN@huschblackwell.com
              David C. Walker    on behalf of Creditor   Native Gardens Food LLC dwalker@bbdfirm.com,
               jmellott@bbdfirm.com
              Deanna L. Westfall    on behalf of Creditor   Colorado Department Of Revenue
               deanna.westfall@coag.gov,    bncmail@w-legal.com
              Deanna L. Westfall    on behalf of Creditor Dept. of Revenue   State of Colorado
               deanna.westfall@coag.gov,    bncmail@w-legal.com
              Devon J. Eggert    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               deggert@bcblaw.net,    pfoster@bcblaw.net
              Devon J. Eggert    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               deggert@bcblaw.net,    pfoster@bcblaw.net
              Douglas W Brown    on behalf of Creditor   4600 JOLIET RE MANAGEMENT LLC dbrown@bbdfirm.com,
               jkordziel@bbdfirm.com;jkreh@bbdfirm.com
              Elizabeth L. Janczak    on behalf of Creditor Committee    Official Committee Of Unsecured
               Creditors ejanczak@freeborn.com,    bkdocketing@freeborn.com
              Elizabeth L. Janczak    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors ejanczak@freeborn.com,    bkdocketing@freeborn.com
              Eric L. Johnson    on behalf of Defendant    The Eastern Colorado Bank ejohnson@spencerfane.com,
               lwright@spencerfane.com
              Eric L. Johnson    on behalf of Creditor    Eastern Colorado Bank ejohnson@spencerfane.com,
               lwright@spencerfane.com
              Jacob F. Hollars    on behalf of Defendant    The Eastern Colorado Bank jhollars@spencerfane.com,
               lhaydon@spencerfane.com
              Jacob F. Hollars    on behalf of Creditor    Eastern Colorado Bank jhollars@spencerfane.com,
               lhaydon@spencerfane.com
              Jacob F. Hollars    on behalf of 3rd Party Plaintiff    The Eastern Colorado Bank
               jhollars@spencerfane.com,    lhaydon@spencerfane.com
              James B. Holden    on behalf of Creditor Dept. of Revenue   State of Colorado james.holden@coag.gov,
               jade.darnell@coag.gov
              Jamie H. Steiner    on behalf of Attorney    Farm Credit of Southern Colorado, FLCA
               jamie.steiner@huschblackwell.com,    legalsupportteam-litigation-DEN@huschblackwell.com
              Jeffrey Weinman    on behalf of Debtor    Bolder Enterprises, LLC jweinmantrustee@outlook.com,
               lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com
              Joel Laufer    on behalf of Attorney    Robinson Waters & O'Dorisio P.C. jlaufer@rwolaw.com
              Joel Laufer    on behalf of Trustee Joli A. Lofstedt jlaufer@rwolaw.com
              John A. O'Brien    on behalf of Defendant    The Eastern Colorado Bank jobrien@spencerfane.com,
               anissly@spencerfane.com;lwhitaker@spencerfane.com
              John A. O'Brien    on behalf of Creditor    Eastern Colorado Bank jobrien@spencerfane.com,
               anissly@spencerfane.com;lwhitaker@spencerfane.com
              Joli A. Lofstedt    joli@jaltrustee.com,    jlofstedt@iq7technology.com
              Joli A. Lofstedt    on behalf of Plaintiff Joli A. Lofstedt joli@ofjlaw.com,
               mschlabaugh@ofjlaw.com
              Katharine Sender    on behalf of Interested Party    Benefactor Funding Corp. kate.sender@gmail.com
              Kelsey Jamie Buechler    on behalf of Debtor    Bolder Enterprises, LLC jamie@kjblawoffice.com,
               Sharon@kjblawoffice.com
              Kelsey Jamie Buechler    on behalf of Plaintiff    Bolder Enterprises, LLC jamie@kjblawoffice.com,
               Sharon@kjblawoffice.com
              Kevin S. Neiman    on behalf of Creditor    Pinnacol Assurance kevin@ksnpc.com
              Neal K. Dunning    on behalf of Creditor    4600 JOLIET RE MANAGEMENT LLC ndunning@bbdfirm.com,
               jmellott@bbdfirm.com
              Richard D. Beller    on behalf of Creditor    Guaranty Bank and Trust Company rdb@rb-legal.com,
               cleete@rb-legal.com
              Robert Lantz    on behalf of Creditor    Pieper Enterprises, LLC rlantz@clmmlaw.com,
               kriebe@clmmlaw.com
```

```
District/off: 1082-1           User: admin                 Page 3 of 3                   Date Rcvd: Apr 28, 2020
                               Form ID: pdf904             Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert A. McDermott    on behalf of Creditor    City and County of Denver
           bankruptcy.robert@denvergov.org
          Robert J. Shilliday, III    on behalf of Creditor    Steve Stock and Associates, Inc.
           rjs@shillidaylaw.com
          Robert Samuel Boughner    on behalf of U.S. Trustee    US Trustee Samuel.Boughner@usdoj.gov
          Scott C. Sandberg    on behalf of Creditor    Eastern Colorado Bank ssandberg@spencerfane.com,
           anissly@spencerfane.com;lwhitaker@spencerfane.com
          US Trustee    USTPRegion19.DV.ECF@usdoj.gov

                                                                                                                                    TOTAL: 37

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BOLDER ENTERPRISES, LLC | ) | Case No. 18-13666-EEB |
| | ) | Chapter 7 |
| *Debtor.* | ) | |

**ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER:**

**(1) AUTHORIZING SALE OF A TRAILER AND OTHER ASSETS BY PUBLIC AUCTION FREE AND CLEAR OF LIENS AND OTHER INTERESTS PURSUANT TO 11 U.S.C. §363(b) AND (f);**

**(2) APPROVING EMPLOYMENT OF DICKENSHEET & ASSOCIATES, INC. AS AUCTIONEER AND AUTHORIZING TRUSTEE TO COMPENSATE AUCTIONEER FROM PUBLIC AUCTION PROCEEDS;**

**(3) AUTHORIZING PAYMENT OF ANY UNPAID PERSONAL PROPERTY TAX LIENS ENCUMBERING THE TRAILER OR OTHER ASSETS FROM THE PROCEEDS OF THE PUBLIC AUCTION;**

**(4) DIRECTING THE STATE OF COLORADO, DEPARTMENT OF MOTOR VEHICLES, TO ISSUE A NEW TITLE TO THE TRAILER IN THE NAME OF THE PURCHASER OF THE TRAILER; AND**

**(5) APPROVING SETTLEMENT WITH EASTERN COLORADO BANK**

THIS MATTER having come before the Court on the Trustee's Motion for Entry of an Order: (1) Authorizing Sale of a Trailer and Other Assets by Public Auction Free and Clear of Liens and Other Interests Pursuant to 11 U.S.C. §§ 363(b) and (f); (2) Approving Employment of Dickensheet & Associates, Inc. as Auctioneer and Authorizing Trustee to Compensate Auctioneer From Public Auction Proceeds; (3) Authorizing Payment of any Unpaid Personal Property Tax Liens Encumbering the Trailer or Other Assets from the Proceeds of the Public Auction; (4) Directing the State of Colorado, Department of Motor Vehicles, to Issue a new Title to the Trailer in the Name of the Purchaser of the Trailer; and (5) Approving the Settlement with Eastern Colorado Bank (the "*Motion*") filed by Joli A. Lofstedt, Chapter 7 Trustee ("*Trustee*") of the bankruptcy estate of Bolder Enterpises, LLC ("*Debtor*"), the Court having reviewed said Motion, no objections being filed and good cause having been shown, hereby:

ORDERS that the Motion is APPROVED.

IT IS FURTHER ORDERED:

A. Trustee is authorized to sell at public auction the 1985 Timpte Box Semi-Trailer, VIN 1TDR3502XFA061761 (the "*Trailer*") and other assets listed on Exhibit A attached to the Motion (collectively with the Trailer, the "*Assets*") pursuant to Bankruptcy Code § 363(b), in the manner described in the Motion.

B. Trustee is authorized to employ Dickensheet & Associates, Inc. to conduct the auction(s) in the manner described in the Motion and compensate Dickensheet at the rate of 15% on the sales price for the Trailer and 10% on the total sales price for the Other Assets plus reasonable and necessary costs and expenses incurred in connection with auction.

C. Trustee is authorized to pay any unpaid personal property tax liens encumbering the Assets from the auction proceeds.

D. The State of Colorado, Department of Motor Vehicles is directed to issue a new title to the Trailer in the name of the successful purchaser of the Trailer.

E. The settlement with Eastern Colorado Bank to split the net proceeds received from the sale of the Other Assets (after deducting costs of sale and personal property taxes related to the Other Assets) is approved.

Dated: this 28th day of April, 2020.

BY THE COURT:

*[signature: Elizabeth E. Brown]*

The Honorable Elizabeth E. Brown
United States Bankruptcy Court Judge